372 A.2d 418
Commonwealth v. Edwards, Appellant.

 Submitted March 22, 1976. Neil Carver, and Carver and Steinberg, for appellant; James W. Wilson, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Order affirmed.